UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80103-Middlebrooks/Brannon
_____

18 U.S.C. § 2250(a)

UNITED STATES OF AMERICA

vs.

ERNESTO CEDILLO,

    Defendant.
_____/

FILED BY ____SP____ D.C.

Jun 27, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

Between on or about January 1, 2019 and on or about February 26, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ERNESTO CEDILLO,**

an individual required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce, and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ERNESTO CEDILLO,

Defendant.

CASE NO. 19-cr-80103-Middlebrooks/Brannon

**CERTIFICATE OF TRIAL ATTORNEY*** 

**Superseding Case Information:**

New Defendant(s) Number       Yes ☐    No ☐
of New Defendants Total
number of counts

**Court Division**: (Select One)

☐ Miami   ☐ Key West
☐ FTL     ☑ WPB   ☐ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0  to 5 days      ☑         Petty      ☐
   II   6  to 10 days     ☐         Minor      ☐
   III  11 to 20 days     ☐         Misdem.    ☐
   IV   21 to 60 days     ☐         Felony     ☑
   V    61 days and over  ☐

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: (Attach copy of dispositive order)   Case No. _____
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes: Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of Rule
   20 from the District of

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ☐   No ☑

8. Does this case originate from a matter pending in the Northern Region US Attorneys Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ☐   No ☑

                                        _____
                                        LAUREN E. JORGENSEN
                                        ASSISTANT UNITED STATES ATTORNEY
*Penalty Sheet(s) attached              Florida Bar No. 726885

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ERNESTO CEDILLO

**Case No**: 19-cr-80103-Middlebrooks/Brannon

Count: 1

18 U.S.C. § 2250(a)
Failure to register as a sex offender

\* **Max. Penalty**: 0-10 years imprisonment; $0-250,000 Fine; 5 years up to life of supervised release

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.